THOMAS EMERSON, JOSEPH EMERSON AND STEPHEN MACK,
MERCHANTS UNDER THE FIRM OF THOMAS
EMERSON & CO.

v.

ROBERT LIVINGSTON

1812

### PAPERS IN FILE

1. Capias . . . . . . . . . . . . . . . . . .

JOSEPH CAMPAU

v.

JEAN BAPTISTE YAX, JR.

1812

### PAPERS IN FILE

1. Copy of J. P. record . . . . . . . . . . . . .